UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 13-00367 LHK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WILLIAM HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 29, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

1. Acer Aspire laptop computer, model number 5532KAWG0 bearing serial number LXPGX020050054459E1601

("subject property").

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property.  Beginning on May 1, 2014, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property according to the law.  The notice also advised potential third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

The United States represents that no petitions have been filed.

1    Therefore, the United States respectfully requests that the Court enter the proposed Final Order
2 of Forfeiture, directing that the property described above be forfeited to the United States pursuant to
3 Title 18, United States Code, Sections 2253 (a)(1) and (a)(3).

4 Dated:    7/25/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge